294 U.S. 707
 55 S.Ct. 352
 79 L.Ed. 1242
 W. Verdner CARSON, Frank R. Atwill, et al., petitioners,
v.
The LONG-BELL LUMBER CORPORATION et al.*
 No. 581.
 Supreme Court of the United States
 January 14, 1935
 
 Messrs. John S. Leahy and Walter H. Saunders, both of St. Louis, Mo., for petitioners.
 
 
 1
 For opinion below, see 73 F.(2d) 397.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 294 U. S. 731, 55 S. Ct. 506, 79 L. Ed.